# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

INMATES OF THE MIAMI
COUNTY JAIL,

        Plaintiff, : Case No. 3:06-mc-014

                                      District Judge Thomas M. Rose
-vs-                              Chief Magistrate Judge Michael R. Merz

                                  :

SHERIFF CHARLES COX, et al.,

        Defendant.

---

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

        The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #3), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on December 20, 2006, hereby ADOPTS said Report and Recommendations.

        It is therefore ORDERED that this matter be dismissed without prejudice for lack of prosecution.

December 21, 2006.

                                                          Thomas M. Rose
                                                    United States District Judge